IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BYRON GILBERT and ELAINE GILBERT, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.  1:13-cv-00261 |
| ) | |
| v. ) | The Honorable Irene M. Keeley |
| ) | |
| ADVANCE STORES COMPANY, INC., ) | ELECTRONICALLY FILED |
| ) | |
| Defendant. ) | |

## AGREED DISMISSAL ORDER

Having been informed by the parties that this case has been fully resolved and that the parties have agreed to a dismissal with prejudice, the Court hereby ORDERS that this case be dismissed with prejudice and removed from the Court's docket. The Court further ORDERS that the parties shall bear their own respective attorneys' fees and expenses.

The Court DIRECTS the Clerk of Court to send a copy of this Agreed Dismissal Order to all counsel of record in this case.

DATED: _____

_____
The Honorable Irene M. Keeley
U.S. District Court Judge